# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| SAMUEL C. POLLINA, DMD AND NEW DIMENSIONS DENTISTRY & ORTHODONTICS, P.C. | : No. 380 WAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| DEBRA DISHONG AND ARTHUR A. KRAVITZ, DMD | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: DEBRA DISHONG | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.